# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: DAWIDOICZ, JOHN JOSEPH, JR | § | Case No. 3:09-26365 |
| DAWIDOICZ, ANNMARIE | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

KAREN E. BEZNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $745,475.00
*(without deducting any secured claims)*

Assets Exempt: $62,299.00

Total Distribution to Claimants: $0.00

Claims Discharged
Without Payment: $0.00

Total Expenses of Administration: $3,951.01

3) Total gross receipts of $ 3,951.01 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,951.01 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $785,438.88 | $97,787.22 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,428.09 | 7,428.09 | 3,951.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 199,643.43 | 332,550.67 | 332,550.67 | 0.00 |
| **TOTAL DISBURSEMENTS** | $985,082.31 | $437,765.98 | $339,978.76 | $3,951.01 |

4)  This case was originally filed under Chapter 7 on June 25, 2009.
The case was pending for 34 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/12/2012            By:  /s/KAREN E. BEZNER
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Balance of Chapter 13 Bank Account | 1290-010 | 3,950.00 |
| Interest Income | 1270-000 | 1.01 |
| **TOTAL GROSS RECEIPTS** | | **$3,951.01** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Wells Fargo Bank, N.A. | 4110-000 | 79,700.14 | 80,091.16 | 0.00 | 0.00 |
| 4 | Wells Fargo Financial National Bank | 4210-000 | 7,544.64 | 9,760.22 | 0.00 | 0.00 |
| 12 | VW Credit, Inc. | 4110-000 | 9,176.00 | 7,935.84 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 689,018.10 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$785,438.88** | **$97,787.22** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN E. BEZNER | 2100-000 | N/A | 987.75 | 987.75 | 508.12 |
| KAREN E. BEZNER | 2200-000 | N/A | 49.30 | 49.30 | 25.37 |
| Karen E. Bezner, Esq. | 3110-000 | N/A | 5,720.00 | 5,720.00 | 2,942.51 |
| Karen E. Bezner, Esq. | 3120-000 | N/A | 403.70 | 403.70 | 207.67 |
| Karen E. Bezner, Esq. | 2300-000 | N/A | 4.99 | 4.99 | 4.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 7.57 | 7.57 | 7.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Karen E. Bezner, Esq. | 2300-000 | N/A | 4.78 | 4.78 | 4.78 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,428.09 | $7,428.09 | $3,951.01 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 5,628.00 | 6,160.06 | 6,160.06 | 0.00 |
| 2 | Dell Financial Services L.L.C. | 7100-000 | 1,784.03 | 2,462.06 | 2,462.06 | 0.00 |
| 5 | Chase Bank USA NA | 7100-000 | 4,199.00 | 4,771.79 | 4,771.79 | 0.00 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 539.24 | 539.24 | 0.00 |
| 7 | American Express Centurion Bank | 7100-000 | 21,170.68 | 23,648.29 | 23,648.29 | 0.00 |
| 8 | Toyota Motor Credit Corporation | 7100-000 | N/A | 42,872.10 | 42,872.10 | 0.00 |
| 9 | CitiFinancial Retail Services | 7100-000 | 3,094.46 | 3,460.47 | 3,460.47 | 0.00 |
| 10 | PRA Receivables Management, LLC | 7100-000 | 3,825.45 | 3,876.64 | 3,876.64 | 0.00 |
| 11 | PRA Receivables Management, LLC | 7100-000 | 19,552.00 | 21,394.36 | 21,394.36 | 0.00 |
| 13 | eCAST Settlement Corporation assignee of Chase | 7100-000 | 1,473.56 | 1,808.77 | 1,808.77 | 0.00 |
| 14 | eCAST Settlement Corporation assignee of Chase | 7100-000 | 1,784.00 | 1,724.71 | 1,724.71 | 0.00 |
| 15 | Portfolio Recovery Associates, LLC | 7100-000 | 52,017.61 | 56,355.47 | 56,355.47 | 0.00 |
| 16 | Portfolio Recovery Associates, LLC | 7100-000 | 4,673.00 | 5,459.16 | 5,459.16 | 0.00 |
| 17 | CR Evergreen, LLC | 7100-000 | 8,500.00 | 8,500.00 | 8,500.00 | 0.00 |
| 18 | CR Evergreen, LLC | 7100-000 | unknown | 7,500.00 | 7,500.00 | 0.00 |
| 19 | Portfolio Recovery Associates, LLC | 7100-000 | 7,304.00 | 8,350.93 | 8,350.93 | 0.00 |
| 20 | eCAST Settlement Corporation assignee of Chase | 7100-000 | 596.51 | 954.68 | 954.68 | 0.00 |
| 21 | eCAST Settlement Corporation assignee of Chase | 7100-000 | 7,000.00 | 8,838.95 | 8,838.95 | 0.00 |
| 22 | AFNI/Verizon East | 7100-000 | N/A | 265.90 | 265.90 | 0.00 |
| 23 | FIA Card Services NA aka Bank of America | 7100-000 | N/A | 56,788.19 | 56,788.19 | 0.00 |
| 24 | Roundup Funding, LLC | 7100-000 | 2,964.00 | 3,500.87 | 3,500.87 | 0.00 |
| 25 | Roundup Funding, LLC | 7100-000 | N/A | 1,507.26 | 1,507.26 | 0.00 |

| 26 | PRA Receivables Management, LLC | 7100-000 | 403.70 | 675.65 | 675.65 | 0.00 |
| 27 | CitiCorp Trust Bank | 7100-000 | N/A | 3,460.47 | 3,460.47 | 0.00 |
| 28 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 56,788.19 | 56,788.19 | 0.00 |
| 29 | HSBC Bank Nevada, N.A. | 7200-000 | 789.11 | 886.46 | 886.46 | 0.00 |
| NOTFILED | Washington Mutual/Providian | 7100-000 | 1,368.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 17.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 16,611.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Click Pref Account | 7100-000 | 10,484.32 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 7,793.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 16,611.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $199,643.43 | $332,550.67 | $332,550.67 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 3:09-26365 | **Trustee:** (500480) KAREN E. BEZNER | |
| **Case Name:** DAWIDOICZ, JOHN JOSEPH, JR | **Filed (f) or Converted (c):** 02/04/10 (c) | |
| DAWIDOICZ, ANNMARIE | **§341(a) Meeting Date:** 03/15/10 | |
| **Period Ending:** 12/12/12 | **Claims Bar Date:** 07/06/10 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property - 2 Eyring Road, Hillsborough,<br>New Jersey | 674,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Saving Account  - Bank of America | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Furs: Black Llama Mink<br>(Purchased at Least 4 years ago) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Annuities:  Annuity From Job - Prudential<br>Cannot touch until retirement.  Company contributes<br>automatically based on how many hours worked. | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Auto: 2008 VW Jetta, Good Condition 20,000 miles | 12,475.00 | 0.00 | DA | 0.00 | FA |
| 6 | Auto: 2008 Lexus Leased Vehicle | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Auto: 2009 Hyundai Genensis Excellent Condition<br>Leased Vehicle | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Balance of Chapter 13 Bank Account  (u) | 0.00 | 3,950.00 | | 3,950.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.01 | FA |
| 9 | **Assets    Totals** (Excluding unknown values) | **$745,475.00** | **$3,950.00** | | **$3,951.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has filed a complaint to deny discharge pursuant to 11 U.S.C. Section 727

Karen E. Bezner, Trustee v. John Joseph Dawidoicz and Ann Marie Dawidoicz, Adversary No. 10-2023

Judgment by Default Denying Discharge entered on December 15, 2010

Adversary case closed 12/21/2010

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):**    June 30, 2011 | **Current Projected Date Of Final Report (TFR):**    June 20, 2012  (Actual) |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 3:09-26365 | | | **Trustee:** | KAREN E. BEZNER (500480) | |
| **Case Name:** | DAWIDOICZ, JOHN JOSEPH, JR | | | **Bank Name:** | The Bank of New York Mellon | |
| | DAWIDOICZ, ANNMARIE | | | **Account:** | 9200-******00-65 - Checking Account | |
| **Taxpayer ID #:** | **-***1463 | | | **Blanket Bond:** | $31,836,456.00  (per case limit) | |
| **Period Ending:** | 12/12/12 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/01/10 | {8} | Standing Chapter 13 Trustee Albert Russo | Balance of Chapter 13 Account | 1290-010 | 3,950.00 | | 3,950.00 |
| 07/13/10 | Int | The Bank of New York Mellon | | 1270-000 | 0.08 | | 3,950.08 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.19 | | 3,950.27 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.23 | | 3,950.50 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,950.53 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,950.56 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,950.59 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,950.62 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,950.65 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,950.68 |
| 03/01/11 | 1001 | Karen E. Bezner, Esq. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2011 FOR CASE #09-26365 | 2300-000 | | 4.99 | 3,945.69 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,945.72 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,945.75 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,945.78 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,945.81 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,945.84 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 7.57 | 3,938.27 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,938.30 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,913.30 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,913.33 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,888.33 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,888.36 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,863.36 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,863.39 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,838.39 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,838.42 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,813.42 |
| 01/19/12 | 1002 | Karen E. Bezner, Esq. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/19/2012 FOR CASE #09-26365 | 2300-000 | | 4.78 | 3,808.64 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,808.67 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,783.67 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,758.67 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,733.67 |

Subtotals :          $3,951.01          $217.34

{} Asset reference(s)

Printed: 12/12/2012 04:04 PM    V.13.04

Exhibit 9

# **Form 2**

Page: 2

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| Case Number: | 3:09-26365 |
| Case Name: | DAWIDOICZ, JOHN JOSEPH, JR |
| | DAWIDOICZ, ANNMARIE |
| Taxpayer ID #: | **-***1463 |
| Period Ending: | 12/12/12 |

| | |
|---|---|
| Trustee: | KAREN E. BEZNER (500480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******00-65 - Checking Account |
| Blanket Bond: | $31,836,456.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,708.67 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,683.67 |
| 10/02/12 | 1003 | KAREN E. BEZNER | Dividend paid  51.44% on $49.30, Trustee Expenses;  Reference: | 2200-000 | | 25.37 | 3,658.30 |
| 10/02/12 | 1004 | KAREN E. BEZNER | Dividend paid  51.44% on $987.75, Trustee Compensation;  Reference: | 2100-000 | | 508.12 | 3,150.18 |
| 10/02/12 | 1005 | Karen E. Bezner, Esq. | Dividend paid  51.44% on $5,720.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,942.51 | 207.67 |
| 10/02/12 | 1006 | Karen E. Bezner, Esq. | Dividend paid  51.44% on $403.70, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 207.67 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,951.01 | 3,951.01 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 3,951.01 | 3,951.01 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,951.01** | **$3,951.01** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******00-65** | **3,951.01** | **3,951.01** | **0.00** |
| | **$3,951.01** | **$3,951.01** | **$0.00** |